IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN WHITESPEAR,

    Petitioner,                       No. CIV S-06-0335 MCE KJM P

    vs.

TERESA A. SCHWARTZ,

    Respondent.                  <u>ORDER</u>

                                /

          Petitioner, who is represented by counsel, has filed an application for a writ of habeas corpus based on 28 U.S.C. § 2254 and has paid the filing fee.  Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

          Petitioner's counsel has asked that he be allowed to file exhibits manually rather than electronically.  The court finds that petitioner has not shown that an exception to the court's requirement for electronic filing is warranted.  <u>See</u> Local Rule 5-133(b).  Petitioner will be ordered to file his exhibits electronically within fifteen days.[1]

---

[1] Counsel for petitioner asserts that filing petitioner's exhibits electronically would be a hardship given counsel's limited ability to scan paper documents at his offices.  The court understands, however, that documents may be scanned at a retailer, such as a Kinko's or a local computer lab, performing such services.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's counsel's request that he be allowed to file exhibits to the petition for writ of habeas corpus manually is denied.

2. Petitioner shall file his exhibits electronically within fifteen days.

3. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: December 6, 2006.

_____
U.S. MAGISTRATE JUDGE

---

1
whit0335.100(2.16.06)